JOHN ANDERSON *versus* REUBEN LEWIS

PAPERS IN FILE (1815): (1) Precipe for process; (2) capias and return.

THOMAS DOYLE *versus* ADAM BRADFORD

PAPERS IN FILE (1815): (1) Capias and return; (2) affidavit of indebtedness.

SAMUEL KING *versus* ADAM BRADFORD
AND HARRISON G. ROGERS

PAPERS IN FILE (1816): (1) Precipe for process; (2) capias and return.

SOLOMON KINGSBURY *versus* TRUMAN KILLOGG
AND JOEL DUNKS

PAPERS IN FILE (1816): (1) Precipe for process; (2) capias and return.

UNITED STATES *versus* JOSEPH ROBERTJEAN
AND JEAN BAPTISTE COCHOIS

PAPERS IN FILE (1816–17): (1) Capias and return; (2) declaration and plea of not guilty; (3) precipe for subpoena; (4) subpoena; (5) precipe for subpoena; (6–7) subpoenas; (8) verdict.